IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY WILSON,

     Plaintiff,               1:08-CV-0104  AWI WMW PC

    vs.                      ORDER GRANTING MOTION TO DISMISS

                            ORDER DISMISSING ACTION

JAMES A. YATES, et al.,       (Document #7)

     Defendants.

_____/

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January 22, 2008.  On February 22, 2008, Plaintiff filed a motion to dismiss this action without prejudice.  Plaintiff seeks to dismiss this action without prejudice in order to exhaust his available administrative remedies.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff my dismiss this action on his own motion, so long as an appearance has not been entered by the defendants.  No party has been served, and no appearance has been entered by any of the defendants.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:   May 2, 2008**                          /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE